IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: September 10, 2013
Court Reporter:    Kara Spitler

Criminal Action No. 13-cr-00255-RBJ-2

*Parties*:   *Counsel*:

UNITED STATES OF AMERICA,   Joseph Mackey

    Plaintiff,

v.

ROY FERNANDO RAMOS,   David E. Johnson

    Defendant.

## CHANGE OF PLEA MINUTES

**Court in session:   8:00 a.m.**

Appearances of counsel.

Defendant is present in custody.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is twenty-two years old, alert, competent, literate, and sober.

Defendant's right to trial by jury and other constitutional rights explained.

Government provides a factual basis for the plea.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant's appeal rights explained.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant enters plea of guilty to Count Four (4) of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has voluntarily, knowingly and intelligently entered a plea of guilty.

The Court finds the defendant has been fully and properly advised and understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment and acknowledges the factual basis.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he is satisfied.

**IT IS ORDERED** as follows**:**

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That the plea of guilty to Count Four (4) of the Indictment entered by the defendant is received, accepted and approved;

3. That defendant is found guilty of the crime charged in Count Four (4) of the Indictment;

4. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

5. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

6. Sentencing set **November 19, 2013 at 8:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado 80294;

7. Government's Motion to Restrict Document #[129] is GRANTED;

8. That defendant is remanded to the custody of the United States Marshal.

**Court in recess:** **8:19 a.m.**

Hearing concluded.

Total time: 00:19