IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Courtroom Deputy: | Patricia Glover | Date: | September 16, 2013 |
|---|---|---|---|
| Court Reporter: | Kara Spitler | | |

Civil/Criminal Action No. 13-cr-00255-RBJ

| _Parties_: | _Counsel_: |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| Plaintiff, | |
| v. | |
| MATTHEW ARTHUR GONZALES, | Laura Menninger |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:** 1:31 pm

Defendant present in custody.

Appearances of counsel.

For the reasons and findings as stated on the record, it is:

**ORDERED:** Defendant Ramos' Motions (**Doc. #107, 108, 109, 110, 111**) are **DENIED as moot.**

The Court addresses Defendant Gonzales' Motions (**Doc. #103, #104, #105, #106**)

Argument

**ORDERED:** Defendant's Motion for Disclosure of Witness Statements (**Doc. #103**) is **GRANTED** subject to the Court's discussion.

**ORDERED:** Defendant's Motion to Sever (**Doc. #104**) is **DENIED** as moot.

**ORDERED:** Defendant's Motion for Hearing (Evidentiary) (**Doc. #106**) is **DENIED** as moot.

Plaintiff's witness, Andrew Jones, called and sworn.

1:39 p.m.      Direct examination of witness by Mr. Mackey.

**EXHIBITS: RECEIVED:** 1, 2, 3

1:59 p.m.      Cross examination of witness by Ms. Menninger

**EXHIBITS: RECEIVED: A**

2:14 p.m.      Re-direct examination of witness by Mr. Mackey

No further evidence.

Argument.

**2:42 p.m.      Court in recess**
**3:25 p.m.      Court in session**

For the reasons and findings as stated on the record, it is:

**ORDERED:** Defendant's Motion to Suppress (**Doc. #105**) is **DENIED.**

**ORDERED:** Defendant is remanded to the care and custody of the United States Marshal Service.

**Court in recess:      3:58 p.m.**

Hearing concluded.

Total time:   1 hour 44 minutes.